**No. 46010.**—Protest 22540–K of Freedman & Slater (New York).

Opinion by KEEFE, J. It was held that the protest was sufficiently specific under the provisions of section 514. It was found that there was no evidence sufficient to warrant sustaining the claim made. The protest was therefore overruled.

**No. 46011.**—Protest 983411–G of F. W. Woolworth Co. (New York).

Opinion by KEEFE, J. From the evidence it was found that duty was taken on 4,590 dozen pieces rather than 382½. The protest was accordingly sustained.

**No. 46012.**—Protest 818552–G of Thornley & Pitt (San Francisco).

Opinion by KEEFE, J. It appeared that the assessment levied upon the cotton contained in the material in question was a compensating tax under the Agricultural Adjustment Act. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 46013.**—Protest 25377–K of L. Oppleman, Inc. (New York).

Opinion by KEEFE, J. From the evidence it was held that duty should be taken on the basis of the invoice net weights and the protest was accordingly. sustained.

**No. 46014.**—Protest 30719–K of D. D'Angiola, Inc. (New York).

Opinion by KEEFE, J. It was held that wher pine nuts are removed from the pine cones they possess a shell separate and apart from the cone and such nuts are therefore dutiable as edible nuts, unshelled, at 2½ cents per pound as claimed. *United States* v. *Amendola* (5 Ct. Cust. Appls. 516, T. D. 35156) followed. It was held that duty should be assessed on the basis of the weight returned by the surveyor.

**No. 46015.**—Protest 38856–K of J. Henry Schroder Banking Corp. (New York).

Opinion by KEEFE, J. The evidence presented was held insufficient to make a *prima facie* showing of nonimportation. The protest was therefore overruled. *Borgfeldt* v. *United States* (11 Ct. Cust. Appls. 421, T. D. 39433) cited.